IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| NATALIE SPRATLIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 3:23-cv-123-TES-MSH |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

THIS CAUSE is before the Court upon the Defendant's unopposed motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the memorandum in support thereof, it is

ORDERED and ADJUDGED that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded.

On remand, the Administrative Law Judge will give further consideration to the claimant's alleged symptoms; further consideration to the persuasiveness of the opinion evidence from medical sources Raheem Robertson, M.D., Dipal Patel, M.D., and consultative examiner Richard Bank, Psy.D.; reconsider the claimant's maximum residual functional capacity; and if warranted, obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on the occupational base. The Administrative Law Judge will also offer the claimant the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See*

*Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED,** this \_\_\_\_13th\_\_\_\_ day of \_\_\_March\_\_\_\_\_, 2024.

s/Tilman E. Self, III
HONORABLE TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE

Presented by:

PETER D. LEARY
UNITED STATES ATTORNEY

By: */s/Ealy Ko[1]*
Ealy Ko
Special Assistant United States Attorney
Social Security Administration
Pennsylvania Bar No. 314381
Office of Program Litigation, Office 5
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: 410-965-3934
Fax: 833-411-0842
Email: ealy.ko@ssa.gov

---

[1] Ealy Ko is an attorney for the Social Security Administration who has been appointed to serve as a Special Assistant United States Attorney for the Middle District of Georgia in this case.